UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:

WILLIAM CLARENCE TAYLOR and
CRYSTAL ANN TAYLOR,

    Debtors

---

JERRY D. DEVORE

    Movant

vs.

WILLIAM CLARENCE TAYLOR and,
CRYSTAL ANN TAYLOR

    Respondents

\* CASE NO. 08-31668
\* CHAPTER 7
\* JUDGE ROBERT F. HERSHNER, JR.
\* CONTESTED MATTER

## CONSENT MOTION TO EXTEND TIME TO FILE TO A COMPLAINT OBJECTING TO DISCHARGE AND/OR COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

**COMES NOW** Jerry D. Devore (hereinafter referred to as "Devore"), who moves this Court pursuant to Federal Bankruptcy Procedure Rules 4004(b) and 4007(c) for the entry of a Consent Order extending the deadline to file a complaint objecting to discharge and/or a complaint to determine dischargeability of debt. In support of the herein motion, Devore shows this Court the following:

1.

Devore is a secured creditor of the Debtors, William Clarence Taylor and Crystal Ann Taylor (hereinafter collectively referred to as "Taylors").

2.

Taylors filed the herein bankruptcy case on December 29, 2008.

3.

The current deadline to file a complaint under 11 U.S.C. § 727 objecting to discharge or a complaint under 11 U.S.C. § 523 to determine the dischargeability of a debt is Tuesday, April 14, 2009.

4.

No prior extension to the deadline for filing a complaint objecting to discharge or a complaint to determine the dischargeability of a debt has ever been sought or granted in the herein bankruptcy case.

5.

Taylors consent to a thirty (30) day extension of the deadline to file a complaint objecting to discharge or a complaint to determine the dischargeability of a debt.

6.

The Chapter 7 Trustee, Ernest V. Harris, has no objection to a thirty (30) day extension of the deadline to file a complaint objecting to discharge or a complaint to determine the dischargeability of a debt.

## ARGUMENT AND CITATION OF AUTHORITY

Devore requests that this Court enter a Consent Order extending the deadline to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 and to extend the deadline to file a complaint to determine the dischargeability of a debt, pursuant to 11 U.S.C. § 523, through and including Thursday, May 14, 2009. By extending the deadline through this date, Devore will have a fair and reasonable opportunity to investigate, confirm, and verify information confirming the basis, or non-basis, to object to Taylors discharge pursuant to 11 U.S.C. § 727 and/or 11 U.S.C. § 523 . The granting of the requested extension will not be prejudicial to Taylors, their creditors, or any other interested parties in the herein bankruptcy case. Conversely, by not granting the requested extension, Devore will be precluded from determining whether there are sufficient facts and circumstances which would warrant the filing of a complaint objecting to discharge and/or a complaint to determine the dischargeability of a debt. "On motion of any party in interest, after hearing on notice, the court may for cause extend the time to file a complaint objecting to discharge. The motion shall be filed before the time as expired." Federal Bankruptcy Procedure Rule 4004(b). "On motion of a party in interest, after hearing on notice, the court

may for cause extend the time fixed under this subdivision. The motion shall be filed before the time has expired." Federal Bankruptcy Procedure Rule 4007(c).

**WHEREFORE,** Devore prays that this Court grant the herein motion and enter a Consent Order extending the time to file a complaint objecting to discharge under 11 U.S.C. § 727 and extending the time to file a complaint to determine the dischargeability of a debt pursuant to 11 U.S.C. § 523, through and including Thursday, May 14, 2009, and grant such further and other relief as this Court deems just and proper.

/s/ Neil A. Moskowitz
NEIL A. MOSKOWITZ
Attorney for Jerry D. Devore
Georgia Bar No: 526560

MOSKOWITZ & MARTIN, LLP
One Lakeside Commons
990 Hammond Drive, Suite 990
Atlanta, Georgia 30328
(678) 775-3557
nmoskowitz@mmlawatl.com

CONSENTED TO:

/s/ G. Frank Nason, IV
G. FRANK NASON, IV
Attorney for William Clarence Taylor and Crystal Ann Taylor
Georgia Bar No. 535160
LAMBERTH, CIFELLI, STOKE, ELLIS & NASON
3343 Peachtree Road, NW, Suite 550
Atlanta, Georgia 30326-1022
(404) 262-7373
fmason@lcsenlaw.com


NO OBJECTION:

/s/ Ernest V. Harris
ERNEST V. HARRIS
Chapter 7 Trustee
Georgia Bar No. 329700
HARRIS & LIKEN, L.L.P.
P.O. Box 1586
Athens, Georgia 30603
(706) 613-1953
kfmarable@bellsouth.net; ga42@ecfcbis.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| IN RE: | * CASE NO. 08-31668 |
| WILLIAM CLARENCE TAYLOR and CRYSTAL ANN TAYLOR, | * CHAPTER 7 * JUDGE ROBERT F. HERSHNER, JR. |
| Debtors | |
| JERRY D. DEVORE | |
| | * CONTESTED MATTER |
| Movant | |
| vs. | |
| WILLIAM CLARENCE TAYLOR and, CRYSTAL ANN TAYLOR | |
| Respondents | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the CONSENT MOTION TO EXTEND TIME TO FILE TO A COMPLAINT OBJECTING TO DISCHARGE AND/OR COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT and proposed CONSENT ORDER EXTENDING DEADLINES TO FILE TO A COMPLAINT OBJECTING TO DISCHARGE AND/OR COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT upon the following:

William Clarence Taylor
1041 West Minster Way
Madison, GA 30650

Crystal Ann Taylor
1041 West Minster Way
Madison, GA 30650

U.S. Trustee - MAC
440 Martin Luther King Jr. Blvd. Suite 302
Macon, GA 31201

G. Frank Nason, IV
Lamberth, Cifelli, Stoke, Ellis & Nason
3343 Peachtree Road, NW, Suite 550
Atlanta, Georgia 30326-1022

Ernest V. Harris, Chapter 7 Trustee
HARRIS & LIKEN, L.L.P.
P.O. Box 1586
Athens, Georgia 30603

by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate first class postage thereon.

This 14th day of April 2009.

MOSKOWITZ & MARTIN, LLP
One Lakeside Commons
990 Hammond Drive, Suite 990
Atlanta, Georgia 30328
(678) 775-3557
nmoskowitz@mmlawatl.com

/s/ Neil A. Moskowitz
NEIL A. MOSKOWITZ
Attorney for Jerry D. Devore
Georgia Bar No: 526560

NAM/mm