UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA – ATHENS DIVISION

In re:                                    )
                                          )
WILLIAM CLARENCE TAYLOR AND               )   Case No. 08-31668
CRYSTAL ANN TAYLOR,                       )
                                          )
                                          )
         Debtors                          )
                                          )

## NOTICE OF POSSIBLE FUTURE CLAIMS BY HLD HOLDINGS, LP

NOW COMES HLD Holdings, LP ("HLD Holdings") and gives notice of a possible claim against the above-referenced Chapter 7 Estate in the event of a future judgment or judgments are entered against HLD Holdings as follows:

1.

On or about November 14, 2007, HLD Holdings, as Owner, and William Taylor Custom Homes, Inc. ("Debtor Taylor Homes"), the Chapter 7 Debtor in this bankruptcy case, as Contractor, entered into a "Construction Contract" (the "Construction Contract") related to certain real property identified as 1350 Lake Club Drive, Greensboro, Georgia 30642.

2.

William Taylor Custom Homes, Inc. defaulted on the construction contract in numerous ways including the following: HLD Holdings paid William Taylor

Custom Homes, Inc. for amounts due to the below listed lien claimants; however, William Taylor Custom Homes, Inc. kept the funds and did not pay the claimants:

(a) VNS Corporation d/b/a Choo Choo Build-it-Mart, filed with Greene County Clerk Records, Book 134, page 135 in the amount of $108,062.05, a copy of which is attached hereto as Exhibit "A";

(b) Stone Yard, LLC filed with Greene County Clerk Records, Book 134, pages 494-95 in the amount of $23,808.32, a copy of which is attached hereto as Exhibit "B'; and

(c) Ben Mann Jr. d/b/a Bennie Mann Roofing filed with Greene County Clerk Records, Book 135, page 286 in the amount of $17,739.00, a copy of which is attached hereto as Exhibit "C".

(d) TresBela Designs, LLC in the amount of $37,779.24, a copy of which is attached hereto as Exhibit "D".

3.

HLD Holdings disputes any and all liability to any of the above named lien claimants, and denies the validity, effectiveness or enforceability of the above-referenced purported lien claims.

4.

In the event HLD Holdings suffers judgment against its property respecting any of the above-referenced lien claims, HLD Holdings reserves the right to file a proof of claim, pursuant to applicable provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, including without limitation Fed. R. Bankr. P. 3002(c)(3), pertaining to funds it has previously paid William Taylor Custom Homes, Inc. under the Construction Contract, which funds were paid for the specific purpose of proper application to lien claimants including the lien claims of VNS Corporation d/b/a Choo Choo Build-it-Mart, Stone Yard, LLC and Ben Mann d/b/a Bennie Mann Roofing and TresBella Designs, LLC, referenced above.

WHEREFORE, HLD Holdings prays:

(a) That this notice be deemed sufficient notice of a possible claim which may result from any judgment entered against HLD Holdings by lien claimants VNS Corporation d/b/a Choo Choo Build-it-Mart, Stone Yard, LLC, Ben Mann d/b/a Bennie Mann Roofing and TresBela Designs, LLC, referenced above;

(b) That, in the event HLD Holdings suffers a judgment or ultimately effects a settlement of such lien claims, HLD Holdings be permitted to

file a proof of claim within 30 days from suffering such judgment, as expressly permitted by Fed. R. Bankr. P. 3002(c)(3); and

(c)     That this Court grant HLD Holdings such further relief as is just and proper under the circumstances.

Dated, this 26th day of May, 2009.

By:   */s/ Jimmy L. Paul*
      JIMMY L. PAUL
      *Georgia Bar No. 567600*

*Counsel for Creditor HLD Holdings, LP*

Chamberlain, Hrdlicka, White, Williams & Martin
191 Peachtree Street, N.E., 34th Floor
Atlanta, Georgia 30303
(404) 659-1410
(404) 659-1852 (Facsimile)
jimmy.paul@chamberlainlaw.com

306793.1
971151-000004:5/26/2009

# CERTIFICATE OF SERVICE

This is to certify that on this date the served same by electronic mail and by United States Mail as follows:

U.S. Trustee
440 Martin Luther King Blvd.
Suite 302
Macon, Georgia 31201
*robert.g.fenimore@ust.doj.gov*
*elizabeth.a.hardy@ust.doj.gov*

G. Frank Nason, IV
Lamberth Cifelli, Stokes & Stout, PA
3343 Peachtree Road, NE
East Tower, Suite 550
Atlanta, Georgia 30326
gfn@lcsslaw.com

Ernest V. Harris, Chapter 7 Trustee
Harris & Liken LLP
PO Box 1586
Athens, Georgia 30603

Dated, this 26th day of May, 2009.

By: /s/ Jimmy L. Paul
JIMMY L. PAUL
*Georgia Bar No. 567600*

*Counsel for Creditor HLD Holdings, LP*

Chamberlain, Hrdlicka, White, Williams & Martin
191 Peachtree Street, N.E., 34th Floor
Atlanta, Georgia 30303
(404) 659-1410
(404) 659-1852 (Facsimile)

EXHIBIT "A"

Lien Claim by VNA Corporation d/b/a Choo Choo Build-it-Mart

DOC# 003641
FILED IN OFFICE
11/18/2008 11:12 AM
BK:134 PG:135-135
DEBORAH D JACKSON
CLERK OF SUPERIOR
COURT
GREENE COUNTY

RETURN TO:
VNS CORPORATION d/b/a
CHOO CHOO BUILD-IT MART
POST OFFICE BOX 1659
VIDALIA, GEORGIA 30475
ATTN: BRYAN SPIVEY

## MATERIALMAN'S LIEN

GEORGIA
**GREENE** COUNTY

**VNS Corporation, dba Choo Choo Build-It Mart** a material man engaged in the business of furnishing material and performing labor for the improvement of real property, claims a lien against the real property and improvements of **HLD Holdings, L.P.** prescribed as follows:

All that tract or parcel of land lying and being in the 161st District, G.M., of Greene County, Georgia, within Reynolds Plantation, and being known and designated as Lots 15 and 16 of Lake Club Pointe Subdivision, Section I, as more particularly described on plat thereof by Ogletree & Chivers, Land Surveyors, certified by Phillip H. Chivers, Georgia R.L.S NO. 2658, dated December 21, 2001, Certified January 9, 2002, recorded in Plat Cabinet 1, Slide 494, pages 3-5, in the Office of the Clerk of Superior Court of Greene County, Georgia.

Said lien is claimed by the undersigned for furnishing materials used and/or labor performed in the improvement of the aforedescribed real property in the amount of the balance due of **$108,062.05** together with interest from the date of this lien at the 1 ½% per month (18) per cent per annum, which materials were furnished by the undersigned to **William Taylor Custom Homes, Inc** for the purpose of improving said property.
The last purchase was made on **October 29, 2008.** This lien is recorded within three (3) months after said materials were furnished and all labor performed by the undersigned, pursuant to the Provisions of O.C.G.A. Section 44-14-361, et.seq. (Michie 1982).

This 17th day of October, 2008.

Certified Mail #
Owner: 7007 2560 0000 0451 5152
Contractor: 7007 2560 0000 0451 5169

VNS Corporation
d/b/a/ Choo Choo Build-It Mart

By _____
Rodney R. Brooks
Executive Vice President
Corporate Credit Manager

WITNESS: _____
NOTARY: _____

EXHIBIT "B"

Lien Claim by Stone Yard, LLC

DOC# 000022
FILED IN OFFICE
01/08/2009  08:13 AM
BK:134  PG:494-495
DEBORAH D JACKSON
CLERK, SUPERIOR COURT
GREENE COUNTY, GEORGIA

After Recording, Please Return To
The Gailey Law Firm, LLC
P.O. Box 3130
Eatonton, GA 31024

Cross Reference To: Deed Book 668,
Page 190-191, Greene County, Georgia
Records.

## CLAIM OF LIEN

STATE OF GEORGIA
COUNTY OF PUTNAM

    **STONE YARD, LLC,** a mechanic, contractor, subcontractor, materialman, machinist, manufacturer or other person, engaged in the business of improving real estate by performing services, furnishing materials, and/or equipment, claim a lien in the amount of **$23,808.32** plus interest thereon as provided by law, upon the real property and the improvements located thereon, owned by **HLD Holdings, L.P.,** for satisfaction of a claim which became due on **October 24, 2008,** for furnishing materials and labor for said improvements located upon real estate at the request of the owners of said real estate, or through the owner's agent/contractor, William Taylor Custom Homes, Inc. Said real property is known as **1350 Lake Club Drive, Lots 15 and 16, Reynolds Plantation, Greensboro, GA 30642** and is more particularly described as follows:

All that tract or parcel of land lying and being in the 161st District, G.M., Greene County, Georgia, within Reynolds Plantation, and being known and designated as Lots 15 and 16 of Lake Club Pointe Subdivision, Section I, as more particularly described on plat thereof by Ogletree & Chivers, Land Surveyors, certified by Phillip H. Chivers, Georgia R.L.S. No. 2658, dated December 21, 2001, certified January 9, 2002, recorded in Plat Cabinet 1, Slide 494, Pages 3-5, in the Office of the Clerk of Superior Court of Greene County, Georgia. Said plat and the record thereof are hereby incorporated herein and made a part hereof by reference.

    This claim of lien is filed for record, pursuant to the provisions of O.C.G.A. § 44-14-361 et seq. within three (3) months since the furnishing or performance of the aforementioned labor, services, or material.

Dated this 7th day of January, 2009

BK:134 PG:495

By: /s/ Laura R. Gailey (SEAL)
Laura R. Gailey, Esq.
The Gailey Law Firm, LLC
Attorney for Stone Yard, LLC

FILED FOR RECORD AT 8:13 AM
ON 1-8-2009
RECORDED ON 1-8-2009

EXHIBIT "C"

Lien Claim by Ben Mann d/b/a Bennie Mann Roofing



Return recorded copy to :
Ben Mann
Bennie Mann Roofing
12195 Highway 92, Suite 114-214
Woodstock, GA 30188
(770) 466-7319

## Materialman's and Mechanic's Claim of Lien
## State of Georgia, Greene County

Ben Mann, Jr. d/b/a Bennie Mann Roofing, engaged in the business of improving real estate by performing services, furnishing labor, materials and/or equipment, claims a lien thereon as provided by law beginning 11/04/08 upon a certain building and the real estate upon which it is erected and owners.

The Lien amount claimed is: **$17,739.00** (plus applicable interest).

**HLD Holdings, LP**
**P.O. Box 870068**
**Morrow, GA 30287**

Property owner(s), for satisfaction of a claim which became due on 11/04/08 for building, repairing, improving or furnishing, material and labor for a building or structure. Said labor, materials, equipment, or service(s) were furnished at the request of:

**William Taylor Custom Homes, Inc.**
**2021 Flemings Knoll**
**Greensboro, GA 30642**

The real estate in Greene County being more particularly described as follows:

**Lake Club Pointe Subdivision**
**1350 Lake Club Drive    Lot 15 & 16**
**Greensboro, GA 30642**
**District:  161    Section        Land Lot(s):**
**Exact Legal Description is recorded in Deed Book  668,  Page # 190**

This notice and Claim of Lien is filed for record, in the Office of the Superior Court of the county where the property is located, pursuant to the provisions of O.C.G.A. 44-14-360 et. seq. within three months since last furnishing or performance of the aforementioned labor, materials, equipment or service(s) by Lien Claimant as follows:

**Ben Mann, Jr. d/b/a Bennie Mann Roofing**
**2537 Johnson Road**
**Loganville GA 30052**
**(770) 466-7319**         02/02/09         By: _Ben Mann_
                                            Ben Mann

---

This instrument is hereby canceled, and the Clerk of Superior Court of the aforementioned County is hereby authorized and directed to satisfy it of record.  This _____ day of _____ , _____ .

By: _____
Ben Mann, Jr. d/b/a Bennie Mann Roofing

File # 7969-261797-36851

EXHIBIT "D"

Lien Claim of TresBela Designs, LLC

# Claim of Lien

State of   Georgia

County of  Greene

Before me __Donna P. Cason__, the undersigned Notary Public, personally appeared Tracey Stewart, who duly sworn says that she is the lienor herein & the agent of TresBela Designs, LLC, the lienor herein, whose address is 1341 Tappan Spur Road, P.O. Box 834, Watkinsville, GA 30677 and that in accordance with a contract with:

Taylor Custom Homes, Inc., Richard Schmidt, William C. Taylor, whose address is 1110 Swift Creek Road, Greensboro, GA 30642,

lienor furnished labor, services or materials consisting of:
Tile and Stone Work on the following described real property in Greene County, State of Georgia, described as:

1350 Lake Club Drive, Lots 15 and 16, Reynolds Plantation, Greensboro, GA 30642, and owned by:
HDL Holdings, Inc., Ann Lassiter, Cathy Lassiter-Smith, and Emmie M Lee, whose address is 3000 Corporate Center Dr., Ste 300, Morrow, GA, 30260,

a total value of Dollars Thirty Seven Thousand Seven Hundred Seventy Nine Dollars and Twenty Four Cents ($37779.24) of which there remains unpaid Eleven Thousand Five Hundred Three Dollars and Twelve Cents ($11503.12),

that the lienor served copies of the notice on the contractor on 3 December 2008 and on 15 December 2008, by Certified Mail.

          TresBela Designs, LLC
By:       Lienor

          Tracey Stewart        _[signature]_
          Agent

On 15 December 2008, before me, __Donna P. Cason__ personally appeared Tracey Stewart, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Signature  __Donna P. Cason__

Affiant  ____ Known  (Unknown)

DONNA P. CASON
NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA
MY COMMISSION EXPIRES 6/25/2012